**GARY BRICKWOOD, State Bar No. 94892**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorney for Defendants COUNTY OF SHASTA,
erroneously named SHASTA COUNTY SHERIFF DEPARTMENT,
TOM BOSENKO, PHILLIP PADILLA, DAVE KENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DAVID BALDWIN,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SHASTA, SHASTA COUNTY SHERIFF DEPARTMENT, TOM BOSENKO, PHILLIP PADILLA, KENT, DOES 1-50,<br><br>    Defendants.<br>_____/ | Case No. 2:10-CV-0743 FCD CMK<br><br>**STIPULATION AND ORDER TO OPEN ARREST RECORDS FOR POTENTIAL CONFIDENTIAL INSPECTION AND AS POTENTIAL EVIDENCE AT TRIAL** |

   The parties to this litigation, by and through their attorneys of record, stipulate to the following in support of a request for an Order opening the sealed arrest records:

   1.   On or about September 11, 2009, Honorable Molly Bigelow of the Shasta County Superior Court ordered pursuant to California Penal Code Sections 851.8(b) and 851(c) that the Shasta County Sheriff, the California Department of Justice, and the Shasta County District Attorney must seal their records of the arrest of plaintiff, GARY DAVID BALDWIN on April 18, 2009, that is now the subject of this civil action against peace officers and law enforcement in Shasta County.

   2.   California Penal Code sections 851.8(k) provides that any records sealed pursuant to Government Code Section 851.8 may be opened

and submitted into evidence upon a showing of good cause in a civil action against peace officers and law enforcement, with the records also available for confidential inspection only by the Court, jury, parties, and any other person authorized by the Court.

3. Good cause exists for the arrest records to be opened, made available for confidential inspection by the Court, the attorneys in this matter, and the parties to this matter, and made available to be submitted into evidence at the trial of this civil matter if offered and otherwise deemed admissible. The good cause arises because the arrest records will likely provide evidence of the conduct of the defendants, the plaintiff, and other persons in connection with the plaintiff's arrest. Also, the sealed arrest records might provide grounds to impeach inconsistent testimony of the defendants, the plaintiff, and other witnesses at trial.

DATED: December 16, 2010.            HASSAN LAW FIRM

                                     /s/ REY HASSAN
                                     REY HASSAN
                                     Attorney for Plaintiff

DATED: December 21, 2010.            BRICKWOOD LAW OFFICE

                                     /s/ GARY BRICKWOOD
                                     GARY BRICKWOOD
                                     Attorney for Defendants


**ORDER**

Good cause appearing from this Stipulation,

IT IS HEREBY ORDERED pursuant to California Penal Code Sections 851.8(k) that,

The records of the arrest of plaintiff, GARY DAVID BALDWIN, on or about April 18, 2009, that is now the subject of this civil action,

---

**STIPULATION AND ORDER TO OPEN ARREST RECORDS FOR POTENTIAL CONFIDENTIAL INSPECTION AND AS POTENTIAL EVIDENCE AT TRIAL**      2

1 which were sealed by order of Shasta County Superior Court pursuant
2 to California Penal Code Sections 851.8 shall be (1) opened and
3 unsealed, (2) made available for inspection by the Court, and
4 inspection and copying by the attorneys and parties to this matter,
5 and (3) made available to be submitted into evidence at the trial of
6 this matter if offered and otherwise deemed admissible.

8 DATED: January 5, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE