**GARY BRICKWOOD, State Bar No. 94892**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorney for Defendants COUNTY OF SHASTA,
erroneously named SHASTA COUNTY SHERIFF DEPARTMENT,
TOM BOSENKO, PHILLIP PADILLA, DAVE KENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DAVID BALDWIN,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SHASTA, SHASTA COUNTY SHERIFF DEPARTMENT, TOM BOSENKO, PHILLIP PADILLA, KENT, DOES 1-50,<br><br>    Defendants.<br>_____/ | Case No. 2:10-CV-0743 FCD CMK<br><br>**STIPULATION AND REQUEST FOR ORDER ON DEFENDANTS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>DATE: April 7, 2011<br>TIME: 10:00 a.m.<br>LOCATION: 2986 Bechelli Lane,<br>         Redding, California<br><br>JUDGE CRAIG M. KELLISON |

Following the filing of the Motion to Compel Answers to Interrogatories and Request for Production of Documents, plaintiff served unverified responses to the discovery in question on or about March 21, 2011. In furtherance of judicial economy, the parties stipulate and Request an Order as follows:

1.  Plaintiff will provide verifications to defendants' Interrogatories, Set One, and Request for Production of Documents, Set One on or before the date of his deposition which is currently being set. Should plaintiff fail to properly verify the discovery in question, defendants shall have the right to renew their motion.

2.  Sanctions may be awarded against plaintiff in favor of

**STIPULATION ORDER**                                                        1

defendants in the amount of $500.00.  Should plaintiff succeed in recovering any amounts either through settlement or trial, the sanction award shall be deducted from his recovery.  The sanction award is against plaintiff, GARY BALDWIN, only and not his attorney, Rey Hassan.

    3.   The hearing on the motion in question set for April 7, 2011, may be vacated without prejudice to refiling the motion in accordance with the above terms.

DATED: _____, 2011.          HASSAN LAW FIRM

                                                                   REY HASSAN
                                                                   Attorney for Plaintiff

DATED: March \_\_, 2011.          BRICKWOOD LAW OFFICE

                                                                   GARY BRICKWOOD
                                                                   Attorney for Defendants

**ORDER**

   Good cause appearing from this Stipulation,

   IT IS ORDERED, that the hearing is vacated without prejudice; that plaintiff shall verify all pending discovery as stipulated; and that defendant shall recover as sanctions $500.00 from plaintiff Baldwin as stipulated.

DATED: April 5, 2011

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE