IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY DAVID BALDWIN,

    Plaintiff,                            No. CIV S-10-0743 KJM-CMK

    vs.

COUNTY OF SHASTA; et al.,             <u>ORDER</u>

    Defendants.

_____/

        Plaintiff was ordered on July 13, 2011 to notify the court within thirty days whether he had obtained new counsel or would be proceeding pro se. (ECF 22.) Plaintiff has not responded to this order.

        Plaintiff is hereby ORDERED, within fourteen (14) days of the entry of this order, to show cause why this case should not be dismissed for failure to prosecute. The July 6, 2012 final pretrial conference is hereby VACATED.

        IT IS SO ORDERED.

DATED: June 12, 2012.

_____
UNITED STATES DISTRICT JUDGE

1